IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02544-BNB

AARON HUNTER-EL,

Applicant,

v.

PEOPLE OF THE STATE OF ILLINOIS,

Respondent.

ORDER OF DISMISSAL

Applicant Frank Hunter is in the custody of the United States Bureau of Prisons and currently is incarcerated at FCI Florence. On November 14, 2008, he submitted to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally because Applicant is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Application will be denied and the action will be dismissed.

In the Application, Mr. Hunter-El sets forth three claims. In each of the claims, he challenges his conviction in the State of Illinois in Case No. 95CR-0261902. He seeks expungement of the State of Illinois conviction. The action more properly is filed as a 28 U.S.C. § 2254 action in the district court where Mr. Hunter was convicted and sentenced, which would be the United States District Court for either the Southern, the

Central, or the Northern District of the State of Illinois. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). The District Court for the District of Colorado does not have jurisdiction. *Id.* Accordingly, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied and the action is dismissed. It is

FURTHER ORDERED that judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 17 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02544-BNB

Aaron Hunter-El
Prisoner No. 05634-090
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/8/08

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                Deputy Clerk